CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 20 2019

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **TERESA W.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 7:17cv430** |
| **v.** | ) | |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | **By: Michael F. Urbanski** |
| **Commissioner of Social Security,** | ) | **Chief United States District Judge** |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion entered this date, the court **REJECTS** the magistrate judge's report and recommendation (ECF No. 19), **SUSTAINS** plaintiff's objection (ECF No. 20), **GRANTS in part** plaintiff's motion for summary judgment (ECF No. 12), **DENIES** defendant's motion for summary judgment (ECF No. 16), and **REMANDS** this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration.

Entered: 03-20-2019

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge